1    Richard T. Mulloy (SBN 199278)      Brent O. Hatch (admitted *pro hac vice*)
     richard.mulloy@dlapiper.com      Hatch@HatchPC.com
2    **DLA PIPER LLP (US)**      **HATCH LAW GROUP, PC**
     401 B Street, Suite 1700      22 East 100 South, Suite 400
3    San Diego, California 92101-4297      Salt Lake City, Utah 84111
     Tel:  619.699.2700      Tel:   801.869.1919
4    Fax:  619.699.2701

5    Dawn M. Jenkins (admitted *pro hac vice*)
     dawn.jenkins@dlapiper.com
6    **DLA PIPER LLP (US)**
     1000 Louisiana Street, Suite 2800
7    Houston, TX 77002-5005
     Tel:   713.425.8400
8    Fax:  713.425.8401

9    Stuart E. Pollack (admitted *pro hac vice*)
     spollack@kilpatricktownsend.com
10   **KILPATRICK TOWNSEND &**
     **STOCKTON LLP**
11   1114 Avenue of the Americas
     New York, New York 10036
12   Tel:   212.775.8847
     Fax:  212.658.9950
13

14   *Attorneys for Plaintiffs PureCircle*
     *USA Inc. and PureCircle Sdn Bhd*

15            **UNITED STATES DISTRICT COURT**

16            **CENTRAL DISTRICT OF CALIFORNIA**

17               **SOUTHERN DIVISION**

18   PURECIRCLE USA INC. and        CASE NO. 8:18-CV-01679-JVS-JDE
19   PURECIRCLE SDN BHD,
                              **DECLARATION OF STUART E.**
20              Plaintiffs,      **POLLACK IN SUPPORT OF**
                              **PURECIRCLE'S MEMORANDUM**
                              **OF POINTS AND AUTHORITIES**
21        v.                       **IN OPPOSITION TO SWEEGEN'S**
                              **MOTION FOR PARTIAL**
22                             **SUMMARY JUDGMENT OF**
                              **INVALIDITY AND CROSS-**
23   SWEEGEN, INC. and PHYTO TECH    **MOTION FOR SUMMARY**
     CORP. d/b/a BLUE CALIFORNIA,      **JUDGMENT ON WRITTEN**
24                             **DESCRIPTION**
            Defendants.
25                             Date:      April 11, 2022
                            Time:      1:30 p.m.
26                             Room:    10C
                            Judge:     The Hon. James V. Selna
27

28

I, Stuart E. Pollack, declare:

1.     I am a partner with the law firm Kilpatrick Townsend & Stockton LLP, counsel for Plaintiffs PureCircle USA Inc. and PureCircle SDN BHD (collectively, "PureCircle") in this case. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to these facts under oath.

2.     Attached as Exhibit 1 is a true and correct copy of U.S. Patent No. 9,243,273, dated January 26, 2016.

3.     Attached as Exhibit 2 is a true and correct copy of U.S. Patent No. 10,485,257, dated November 26, 2019.

4.     Attached as Exhibit 3 is a true and correct copy of *SweeGen, Inc. v. PureCircle USA Inc.*, PGR2020-00070, Paper 14 Non-Institution Decision ("PGR Decision").

5.     Attached as Exhibit 4 is a true and correct copy of excerpts from the Expert Report and Declaration Regarding Infringement & Other Issues of Professor J. Martin Bollinger, Jr., Ph.D., dated November 10, 2021.

6.     Attached as Exhibit 5 is a true and correct copy of excerpts from the Rebuttal Expert Report Regarding Validity& Other Issues of Professor J. Martin Bollinger, Jr., Ph.D., dated December 8, 2021.

7.     Attached as Exhibit 6 is a true and correct copy of excerpts from Reply Expert Report Regarding Infringement & Other Issues of Professor J. Martin Bollinger, Jr., Ph.D., dated January 10, 2022.

8.     Attached as Exhibit 7 is a true and correct copy of excerpts from the deposition of Dr. J. Martin Bollinger, taken on January 21 and January 22, 2022.

9.     Attached as Exhibit 8 is a true and correct copy of excerpts from the Expert Report of Jacquelyn Gervay Hague, dated November 10, 2021.

1      10.     Attached as Exhibit 9 is a true and correct copy of excerpts from the

2  Reply Expert Report of Jacquelyn Gervay Hague, dated January 10, 2022.

3      11.     Attached as Exhibit 10 is a true and correct copy of excerpts from the

4  deposition of Jacquelyn Gervay Hague, Ph.D., taken on January 25, 2022.

5      12.     Attached as Exhibit 11 is a true and correct copy of excerpts from the

6  deposition of Oliver Yu taken on January 26, 2022.

7      13.     Attached as Exhibit 12 is a true and correct copy of the Application to

8  Amend the Specifications for Rebaudioside M Under Australia and New Zealand

9  Food Standards Code – Standard 1.3.1-Food Additives (Dep. Ex. 612).

10     14.     Attached as Exhibit 13 is a true and correct copy of the Original Claims

11  filed in PCT US 2013/030439 on March 12, 2013.

12     15.     Attached as Exhibit 14 is a true and correct copy of U.S. App. No.

13  14/469,076, 10/27/2015 Response to Office Action.

14     16.     Attached as Exhibit 15 is a true and correct copy of U.S. App. No.

15  14/469,076, 11/27/2015 Notice of Allowance.

16

17      I declare under penalty of perjury that the foregoing is true and correct.

18

19      Executed on March 14, 2022, in New York, New York.

20

21                          /s/ *Stuart E. Pollack*
22                          Stuart E. Pollack

23

24

25

26

27

28