1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10                           SOUTHERN DIVISION

| | |
|---|---|
| PURECIRCLE USA INC. and PURECIRCLE SDN BHD,<br><br>Plaintiffs,<br><br>v.<br><br>SWEEGEN, INC. and PHYTO TECH CORP. d/b/a BLUE CALIFORNIA,<br><br>Defendants. | CASE NO. 8:18-cv-01679-JVS (JDEx)<br><br>[Assigned to the Hon. Judge James V. Selna]<br><br>**JUDGMENT** |

Mitchell Silberberg & Knupp LLP

14253778.1

# JUDGMENT

The Court, on May 23, 2022, having granted Summary Judgment (Docket No. 365) in favor of Defendants SweeGen, Inc. and Phyto Tech Corp. d/b/a Blue California and held that all asserted claims of Plaintiffs PureCircle USA Inc. and PureCircle Sdn Bhd's U.S. Patent Nos. 9,243,273 ("'273 patent") and 10,485,257 ("'257 patent") are invalid;

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED**:

Judgment is entered in favor of Defendants and against Plaintiffs as to all counts in Plaintiffs' Complaint (Docket No. 1) and First Amended and Supplemental Complaint (Docket No. 79).

Judgment is further entered declaring that:

1. All claims of the '257 patent are invalid under 35 U.S.C. § 112;
2. Claims 1-5 of the '257 patent are also invalid under 35 U.S.C. § 101;
3. All claims of the '273 patent are invalid 35 U.S.C. § 112;
4. Claims 1-11 and 14 of the '273 patent are also invalid under 35 U.S.C. 101;
5. Defendants' remaining counterclaims (Docket Nos. 42 and 89) are dismissed WITHOUT PREJUDICE as moot;
6. Defendants are the prevailing parties;
7. This judgment is without prejudice to Defendants' right to seek attorneys' fees pursuant to, *inter alia*, 35 U.S.C. § 285; and
8. This judgment is without prejudice to Defendants' right to seek costs pursuant to, *inter alia*, Federal Rule of Civil Procedure 54(d).

Date: June 17, 2022

_____
The Honorable James V. Selna
United States District Judge